CHARLES A. BRACE, PLAINTIFF-RESPONDENT, v. CUN-
NINGSTON D. BLACK *ET AL.*, DEFENDANTS-PETI-
TIONERS.

See same case below: 51 *N. J. Super.* 572.

*Messrs. Dolan & Dolan* and *Mr. Francis E. Bright* for the petitioners.

*Messrs. Mackerley & Friedman, Mr. Frank G. Schlosser* and *Mr. William J. McGovern* for the respondent.

December 8, 1958. Granted.

PERRUCCI BROTHERS, INC., PLAINTIFF-RESPONDENT, v.
JOHN A. JOHNSON AND SONS, INC., DEFENDANT-
PETITIONER.

*Messrs. Evoy & Feinberg* for the petitioner.

*Messrs. Dughi & Johnstone* and *Mr. Michael J. O'Neil* for the respondent.

December 8, 1958. Denied.